LILLIAN M. SMITH, Respondent, v. SARAH J. SMITH, Impleaded, etc., Appellant.

(Submitted April 13, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 12, 1892, which overruled defendant's exceptions, denied a motion for a new trial and affirmed an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George W. Sandford* for appellant.

*Thomas I. Mount* for respondent L. M. Smith.

*N. S. Ackerly* for respondent Brown.

*R. H. Smith* for respondent Phyfe.

*Thomas S. Strong* for respondent C. L. Smith.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.